No. 766, October Term, 1943. HUDSON & MANHATTAN RAILROAD CO. *v.* CITY OF JERSEY CITY ET AL. January 15, 1945. *Ante,* p. 812.

No. 516. FERGUSON *v.* MASSACHUSETTS. January 15, 1945.

No. 552. PETERSEN *v.* NEW YORK. January 15, 1945.

No. —. EX PARTE GARFIELD J. KELLY. January 29, 1945.

No. 14. THOMAS *v.* COLLINS, SHERIFF. January 29, 1945.

No. 444. REDMOND ET AL. *v.* COMMERCE TRUST CO., TRUSTEE. January 29, 1945.

No. 503. REDMOND ET AL. *v.* UNITED FUNDS MANAGEMENT CORP. ET AL. January 29, 1945.

No. 535. DAVIS *v.* JOHNSTON, WARDEN. January 29, 1945.

No. 607. PRICE *v.* JOHNSTON, WARDEN. January 29, 1945.

No. 694. TRAININ *v.* CAIN, COMMANDING OFFICER. January 29, 1945.